# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 30, 2025

Lyle W. Cayce
Clerk

No. 25-30149
Summary Calendar

———————————————

Kellie Picou,

*Plaintiff—Appellant*,

*versus*

Terminix Pest Control, Incorporated,

*Defendant—Appellee*,

consolidated with

———————————————

No. 25-30200

———————————————

Dean Chauvin,

*Plaintiff—Appellant*,

*versus*

Terminix Pest Control, Incorporated,

*Defendant—Appellee*.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC Nos. 2:22-CV-3700, 2:22-CV-3673

_____

Before Dennis, Haynes, and Ramirez, *Circuit Judges*.
Per Curiam:[*]

Plaintiffs Kellie Picou and Dean Chauvin appeal the district court's award of attorney's fees after the dismissal of their complaints. The district court ably articulates in its decisions the reasons why the awards are correct. *See Picou v. Terminix Pest Control, Inc.*, 22-CV-3700, 2024 WL 3742724, at *1–3 (E.D. La. Aug. 8, 2024); *Chauvin v. Terminix Pest Control, Inc.*, 22-CV-3673, 2024 WL 3742686, at *1 (E.D. La. Aug. 7, 2024). We find no abuse of discretion.

Terminix requests an award of reasonable attorney's fees for this appeal. "A long and consistent line of Fifth Circuit precedent allows awards of attorneys' fees for both trial and appellate work." *Rizzo v. Children's World Learning Centers, Inc.*, 173 F.3d 254, 263 (5th Cir. 1999) (citation omitted).

Accordingly, we AFFIRM the district court's judgments, award Terminix attorney's fees for this appeal, and REMAND to the district court for determination of the amount. *See DeCorte v. Jordan*, 497 F.3d 433, 445 (5th Cir. 2007).

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

2